# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

FILED

| |
|---|
| Erik B. Cherdak |
| *Plaintiff,* |
| v. |
| Nordstrom, Inc. |
| *Defendant.* |

2010 AUG -9 A 11: 24

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case No. 1:10-cv-00528-LO/IDD

## PLAINTIFF'S NOTICE OF DISMISSAL *WITH* PREJUDICE PURSUANT TO Fed. R. Civ. P. Rule 41(a)

***COMES NOW*** Plaintiff in the above-captioned action to **NOTIFY** this Honorable Court that he seeks dismissal of the above-captioned action ***WITH PREJUDICE*** as to Defendant Nordstrom, Inc. in accordance with Fed. R. Civ. Proc. Rule 41(a) **and** in accordance with the terms and conditions set forth herein: Plaintiff and Defendant's supplier, PUMA North America, Inc. reached a settlement of issues and claims which permits Defendant Nordstrom to sell PUMA products; Plaintiff reserves the right to bring suit against Defendant Nordstrom, Inc. for acts of patent infringement in connection with products not sourced or supplied by PUMA North America, Inc.

Plaintiff hereby further informs this Honorable Court that ***NO*** Answer and/or dispositive type motion was ever filed in the Court by Defendant in this case. It is believed that no further briefing, motions, and/or proposed orders need be submitted with this Notice of Dismissal in accordance with Fed. R. Civ. Proc. Rule 41(a).

Respectfully submitted,

Erik B. Cherdak
Plaintiff, *Pro Se*

Date: Aug 9, 2010

## CERTIFICATE OF SERVICE OF THIS NOTICE

I, Erik B. Cherdak, hereby certify that this Notice of Dismissal Pursuant to Fed. R. Civ. Proc. Rule 41(a) (Dismissal *With Prejudice*) has been sent by U.S. Mail to Attorney Barbara Barrilleaux, in-house counsel for Defendant Nordstrom, Inc. postage prepaid on August 9, 2010 and/or by electronic mail "email" (in PDF File-form) to Attorney Barrilleaux on that same date to barbara.barrilleaux@nordstrom.com.

_____
Erik B. Cherdak, *Plaintiff Pro Se*