IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIK B. CHERDAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 1:10-cv-528 |
| | ) |
| NORDSTROM, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's August 9, 2010 Notice of Dismissal (Dkt. No. 4), and for good cause appearing, it is hereby

ORDERED that all claims asserted by Plaintiff Erik B. Cherdak against Defendant Nordstrom, Inc. are DISMISSED WITH PREJUDICE.

August 12, 2010
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge